IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. COOPER,
    Plaintiff,

vs.                                              CASE NO. 4:07cv522-SPM/MD

GOVERNOR CHARLIE CRIST, et al.,
    Defendants.
_____/

**ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated March 26, 2008 (doc. 22). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 22) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice under 28 U.S.C. § 1915(g).

3.    All pending motions are denied as moot.

DONE AND ORDERED this 5th day of June, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge